# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Bouyer<br><br>PLAINTIFF(S)<br>v.<br>Soledad Entertainment LLC et al<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:20-cv-11162-RGK-KS<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 02/10/2021 | / | 14 | / | First Amended Complaint |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| | / | | / | |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected. Correct event is _____
☐ Case number is incorrect or missing
☐ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties ~~and/or no copies~~
☐ Case is closed
☐ Proposed Document was not submitted as separate attachment
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☒ Other: Not timely filed. Requires leave of Court.

Dated: February 11, 2021        By: *Gary Klausner*
                                    U.S. District Judge / U.S. Magistrate Judge

*cc: Assigned District and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-106 (6/12)                ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)