JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Bouyer, | Case No. 2:20-cv-11162-RGK-KS |
| Plaintiff(s), | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| vs. | |
| Soledad Entertainment LLC et al, | |
| Defendant(s). | |

On May 3, 2021, plaintiff filed a notice of settlement [27] with the Court. The Court issued an order on May 4, 2021 [28] advising the parties that they were not relieved of any deadlines until a dismissal of the action was filed.

On May 12, 2021, the Court issued an Order to Show Cause (OSC) why the case should not be dismissed for lack of prosecution [29] because the last day for defendant to timely respond to the complaint was April 30, 2021. Plaintiff was ordered to file a request for default if proof of a timely answer was not submitted.

On May 18, 2021, plaintiff filed a response to the OSC [30] (one day late citing a calendaring issue). After review and consideration of the response to the OSC, the Court does not find good cause shown for delay in the prosecution of this case. The matter is dismissed without prejudice for lack of prosecution.

**IT IS SO ORDERED.**

Dated: May 20, 2021

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE